```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 08-40555 WJL** |
| **JOYCE MARIE INGLEMON,** | **Chapter 13** |
| Debtor. | **AMENDED MOTION TO MODIFY CHAPTER 13 PLAN** |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Commencing March 2012, debtor will pay $284.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds:
Debtor was unemployed since September 2011, but has found employment that was due to start the first week of February 2012. Debtor was recently informed that her start date has been pushed back to the first week of March 2012.

Dated: February 14, 2012

                                                              /s/ Anne Y. Shiau
                                                              Anne Y. Shiau
                                                              Attorney for Debtor